RECEIVED
IN LAKE CHARLES, LA

NOV 30 2012

TONY R. MOORE, CLERK
BY _____
           DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20038-01 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ANTHONY Q. COLEMAN | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the court is the defendant's Motion to Clarify (Rec. Doc. 60) his sentence. The government has filed an opposition (Rec. Doc. 61).

The defendant, Anthony Coleman ("Coleman") is seeking a clarification from the court of whether his sentence is to run consecutively or concurrently. A request for clarification of a sentence is properly raised in a §2255 motion. *Pierce v. Fleming*, 150 F.App'x. 344 (5th Cir. 2005). However, Coleman has filed a prior §2255. Because he has filed a prior §2255, he must seek authorization from the Fifth Circuit Court of Appeal to file a successive §2255. Without such authorization, this court lacks jurisdiction to consider this motion.

Accordingly, the defendant's motion will be dismissed without prejudice for him to seek a certificate from th Fifth Circuit authorizing him to file this successive §2255.

Lake Charles, Louisiana, this 29 day of November, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE